UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00048-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES S. TAYLOR,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, October 8, 2012,** and responses to these motions shall be filed by **Friday, October 19, 2012.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, October 25, 2012, at 9:00 a.m. in courtroom A-1002** It is

    FURTHER ORDERED that a 10-day jury trial is set for **Monday, November 5, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: August 30, 2012

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge