**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Chief Judge Wiley Y. Daniel

Criminal Case No. 07-cr-00048-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES S. TAYLOR,

    Defendant.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

Upon consideration of the Government's Unopposed Motion to Disclose Grand Jury Materials under Specified Conditions to the Attorneys for Defendant, it is hereby

ORDERED that Government's Unopposed Motion to Disclose Grand Jury Materials under Specified Conditions to the Attorneys for Defendant (ECF Doc. No. 30), filed September 28, 2012, is **GRANTED.** It is further

ORDERED that a copy of the transcripts of the testimony identified in the government's motion given before grand jury 06-1, and related exhibits, be disclosed to the attorneys for the defendant for preparation for trial. It is further

ORDERED that Defense counsel make only such copies as are necessary to prepare a defense of this criminal case. It is further

ORDERED that Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure with the materials.

It is further

ORDERED that Defense counsel provide the defendant with reasonable access to the grand jury materials, but that defense counsel not allow the defendant to retain copies of any grand jury materials. It is further

ORDERED that no person, other than defense counsel, make any copy of the grand jury materials for any purpose. It is further

ORDERED that at the conclusion of the case in this Court, by entry of the Courts judgment, defense counsel shall collect and destroy all such copies within ten days.

Dated: October 1, 2012

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE