IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 2 2013

JEFFREY P. COLWELL
CLERK

Criminal Action No. 07-CR-00048-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES S. TAYLOR,

    Defendant.

---

### ORDER RE: DEFENDANT'S MOTION TO RETURN PROPERTY

---

On this date came on to be considered the Defendant's Motion to Return Property. The Court finds the Motion should, in all respects, be **GRANTED**.

IT IS THEREFORE **ORDERED** that the Clerk of the Court for the District of Colorado immediately release the Defendant's passport and return it to the Defendant or Counsel for the Defendant.

So ordered on this 2nd day of April, 2013.

HONORABLE WILEY Y. DANIEL
UNITED STATES DISTRICT COURT JUDGE