IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL

Criminal Action No. 07-cr-00048-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES S. TAYLOR,

    Defendant.

## ORDER EXONERATING BOND

This criminal action has proceeded to sentencing and a final judgment and conviction. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

Dated: May 16, 2013.

                        BY THE COURT:

                        /s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        SENIOR UNITED STATES DISTRICT JUDGE